JOSEPH JOHN SHIPPS #1900931
Name
CHEROKEE COUNTY JAIL
915 EAST COUNTRY ROAD
COLUMBUS, KANSAS 66725
Address

FILED
SEP 15 2021
Clerk, U.S. District Court
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

JOSEPH JOHN SHIPPS #1900931, Plaintiff
*(Full Name)*

V.

SHERIFF DAVID GROVES, Defendant (s)

CASE NO. ○ TO BE ASSIGNED
*(To be supplied by the Clerk)*
21-3223-SAC

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983  1915 (g)

## A. JURISDICTION

1) JOSEPH JOHN SHIPPS #1900931, is a citizen of KANSAS
*(Plaintiff)* *(State)*

who presently resides at CHEROKEE COUNTY JAIL
*(Mailing address or place*
915 EAST COUNTRY ROAD COLUMBUS, KANSAS
*of confinement.)* 66725

2) Defendant SHERIFF DAVID GROVES is a citizen of
*(Name of first defendant)*

COLUMBUS KANSAS , and is employed as
*(City, State)*

SHERIFF of CHEROKEE COUNTY . At the time the
*(Position and title, if any)*

claim(s) alleged in this complaint arose, was this defendant acting under the color of state

law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:

SHERIFF FAILED TO SECURE MY HEALTH & SAFETY
BY NO LONGER FOLLOWING PANDEMIC GUIDELINES
AND NEGLECTED TO PROVIDE PROPER CARE
BEFORE & AFTER I CONTRACTED COVID-19

1

XE-2 8/82          CIVIL RIGHTS COMPLAINT §1983

3) Defendant _____ is a citizen of
                        *(Name of second defendant)*

_____ , and is employed as
                        *(City, state)*

_____ . At the time the
                *(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes ☐ No ☐ . If your answer is "Yes", briefly explain:

_____

_____

(Use the back of this page to furnish the above information for additional defendants.)


4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to

assert jurisdiction under different or additional statutes, you may list them below.)

1915(g) _____

_____

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

See Attached _____

_____

_____

_____

_____

_____

_____

_____

XE-2 8/82            CIVIL RIGHTS COMPLAINT §1983

## C.  CAUSE OF ACTION

1)  I allege that the following of my constitutional rights, privileges or immunities have been

violated and that the following facts form the basis for my allegations: (If necessary you

may attach up to two additional pages (8h" x 11") to explain any allegation or to list

additional supporting facts.)

A)  (1) Count I: _See Attached_

_____

_____

(2) Supporting Facts: (Include all facts you consider important, including names of

persons involved, places and dates. Describe exactly how each defendant is involved.

State the facts clearly in your own words without citing legal authority or argument.):

_See Attached_

_____

_____

_____

B)  (1) Count II: _See Attached_

_____

(2) Supporting Facts: _See Attached_

_____

_____

_____

3

XE-2 8/82          CIVIL RIGHTS COMPLAINT §1983

C) (1) Count III: _See Attached_

_____

(2) Supporting Facts: _See Attached_

_____

_____

## D.  PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☒ No ☐ . If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

  a)  Parties to previous lawsuit:

  Plaintiffs: _Joseph John Stripps_

  Defendants: _Sheriff David Groves_

  b)  Name of court and docket number _____

  c)  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _Dismissed_

  d)  Issues raised _Medical & Malpractice_

e) Approximate date of filing lawsuit _2019  Aug or Sept ?_

f) Approximate date of disposition _2020_

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☒ No ☐ . If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

_August 2021 Paper Grievance Submitted_
_To Date: No Response / Numerous Digital_
_Request & Grievances Through Jail's_
_Kiosk Procedure. Relief Pending..._

## 2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

_See Attached_

_____

_____

_____

_____

_Not Available_
Signature of Attorney (if any)

_Joseph John Shipps #1900181_
Signature of Plaintiff

_____

_____

_____
(Attorney's full address and telephone number)

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983

Page 1 of 2    Cause of Action #3, c

On August 2ND 2021 In Cherokee County Jail C-Pod Cell 4 I Recieved A Cell Mate from Sedgwick County, Kansas, who Are Held Here Under Contract & Make Up A Large population of Cherokee Co. Jail. A few Hours after Inmate Ethan Harrison was put In My Cell, I Started feeling Sick. Severe Headache, Hot & Cold flash's & problems Breathing. The Entire Jail was placed On Lockdown Due Too A Electric Issue w/ The Door/Cell Locks. NOTE: The Lockdown Lasted Over 7 Days.

for The Next 3 Days I couldn't Eat, or Get Out of Bed, I Gave My Cellmate My food & Told All The Guards On Each Shift I Did Not feel Good. On Thursday The Guard Said She'd Get Me In To The Nurse That Day Cuz She Only Comes To The Jail Once A Week. I Did Not Get To See The Nurse, That was Day 4 of Constant Headaches, Trouble Getting Air & Chest pains, Coughing & My Throat So Sore I Could Not Nor, Had Not Eaten In 4 Days. They Moved Mr. Harrison Out To Cell 7 In My Wing & That Night Mrs G. (Garrett)? Took Me To Medical & Did A Report, Couldn't Get AHold of The Nurse & put Me Back In My Cell. On Friday I Asked To See The Nurse, The Guards Had No Idea A Medical Report was Done Nor was The Nurse Contacted... I Couldn't Even Get Out of Bed, By Monday I was Still On My Death Bed, Severe Head & Chest pains, Had Not Eaten In 6½ Days, And

I Lost My Taste & Smell. Tuesday August 10th, 8 Days After I Got Sick, The Nurse Seen Me That Morning, Took My Vitals & Sent Me Back To My Cell. That Afternoon, Deputy Degroot Drove Me & Inmate Brian Waterman to the Clinic In Cherokee Co. Columbus, KS. Where We Sit In The Vehicle for 2 Hours Until The Nurse Came Out And Did The Covid-19 Test On Me & Waterman. 10 to 15 Minutes Later She Returned W/ Our paperwork & Notified Mr. Degroot We Were Both Positive For Covid-19.

Me & Inmate Waterman Were Brought Back And placed In A Single Cell In Booking for 6 More Days. In That Time We Were Given Tylenol & Vitamin C, A Brack Diet, But I Had Not Eaten In 13 Days, I Could Only Drink Water Barely. Constant Migraines, Trouble Breathing, fatigue, No Taste or Smell, pain, fear, Nor Any Hospital or Doctor Assistance. No Inhaler, No Breathing Treatments, No Ventilator. Also: The Strand of Covid-19 We Contacted, Niether Me Nor Mr. Waterman Ever Had A Temprature Over 99.3 Degree's, So Checking A Temp. Is Not A Way to Reconize This Variant of Covid-19.

I Have Severe Chronic Health Issue's That This & Every facility is Aware of. I Have C.O.P.D. In Both Lungs, Supposed To →

Be on two inhalers & daily breathing treatments. Which I'm still denied.

I am epileptic (Siezure) & have deginerate disk disease in back/spine.

Pain, Stress & added head pain are triggers for a siezure.

Sedgwick County Jail does not test the 10 to 40 inmates they for covid-19 before they bring them here twice a week. Cherokee County Jail does not test them or new arrivals for covid-19, and all inmates are directly placed in general population, which is at capacity. There's no social distancing, daily or required masks or proper cleaning. Trays, cups & food are all served in plastic cups, trays & sporks & sent back to the kitchen to wash & reuse.

Up to date: It's August 12th & I still have not seen a doctor, hospital or been treated for my daily complaints that I can not breathe well, chest pains, constant migraines, still no taste or smell has returned, etc.

On Sept. 7 I was finally x-rayed here for my chest, lungs... Still no response or treatment for any medical issues.

Every staff member here knows I didn't eat for 2 weeks, due to no testing or quarentine, etc. Was silently given a virus that can kill me, even after the covid-19 has passed, the infection & lung disease may cause severe or fatal damage

If the facility was not accepting infected inmates from other facilities and were still requiring 1/2 population, masks & no cell-mates as it was in May & June of 2020 then the risk of catching covid-19 was up to chance but the jail was following the pandemic guidelines. They are not now nor have they at all from March 31st 2021 to current Sept-12 2021 there is no pandemic guidelines or safety measures being met or attempted. Therefore, this facility has deliberately inacted to protect me or any inmate from a life threating virus, without concern for our welfare or health, nor do they look into health issues prior to housing inmates.

I do not have the vaccine, & inmate Waterman got his vaccine shot here in Cherokee Co Jail. So it does not matter if you have or have not gotten a vaccine, nor does testing a persons temp. matter?

Millions of people are sick & dying but because I'm in jail my life, safety & health doesn't seem to be important... I need the courts to assist me & all who is & can be affected here before further damage or death occurs.

Respectfully,
Pandemic Victim
Joseph John Sapp
9-12-21   190093

8TH AND 14TH AMENDMENTS VIOLATED

PRETRIAL DETAINEES

FARMER V. BRENNAN 511 US 825 at 834 Also

PERRY V. DUBOROW 892 F.3.d 1116

DESPAIN V. UPHOFF 264 F.d .968

* 8TH AD A PRISON OFFICIAL IS DELIBERATELY INDIFFERENT
IF HE OR SHE KNOWS OR SHOULD OF KNOWN OF
A SUFFICIENTLY SERIOUS DANGER TO A INMATE

ROUTT 764 F. APP. X at 770

LEDBETTER V. CITY OF TOPEKA 318 F.d .1183

KELLEY V. WRIGHT NO 2 .19 -CV-02278  2019

WILSON V. WILLIAMS 961 3.d .829 6TH 2020

1900931

1 of 1

REQUEST FOR RELIEF

1.) Full Hospital Testing for My Lung Disease (COPD) and Damage. Testing, Medicine, Treatment, etc...

2.) Until the pandemic is over, Cherokee County Jail to not recieve other counties inmates, and reduce the Jail to 1/2 Capacity & no cellmate.

3.) Masks, sterilization, hand sanitizer & Covid-19 tests to every inmate who enters or re-enters the facility. Staff testing also

4.) Chronic illnesses need to be reclassed and deemed a Health Risk to be Housed in a Jail & Alternate Means of Bond, House Arrest, Clinic, etc...-for pretrial detainees

5.) One Million U.S. Dollars & All Medical needs paid for by Cherokee County Sheriff David Groves and/or insurance policy for neglecting to operate under the pandemic guidelines, subjecting me to Death (Covid-19) and now further permanent Lung & Health Damage along with failing to provide me with Medical Treatment, etc...--

Joseph J. Shyfer
1900931
9-12-21